IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MILTON CURTIS WILCOX,

       Petitioner,

v.                                                                                    Case No. 5D17-1854

STATE OF FLORIDA,

       Respondent.

_____

Opinion filed July 7, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Alfred Torres, Kissimmee, for Petitioner.

No appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 7, 2017 judgments and sentences in Case No. 2016-CF-003060 in the Circuit Court in and for Osceola County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


SAWAYA, LAMBERT and EISNAUGLE, JJ., concur.